IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL SINKFIELD,
    Petitioner,

vs.                                                          3:04cv111/MCR/MD

JAMES V. CROSBY,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 4, 2005. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The respondent's motion to dismiss (doc. 12) is DENIED.

    2.    The petitioner's motion to dismiss (doc. 15), construed as a motion to deny respondent's motion to dismiss (doc. 15) is GRANTED.

    3.    The respondent is directed to address the merits of the claims raised in petitioner's amended § 2254 petition or assert other procedural defenses within thirty (30) days of the docketing of this order.

    DONE AND ORDERED this 28th day of April, 2005.

                      _s/ M. Casey Rodgers_
                      **M. CASEY RODGERS**
                      **UNITED STATES DISTRICT JUDGE**