IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL SINKFIELD,
    Petitioner,

vs.                                          3:04cv111/MCR/MD

JAMES V. CROSBY,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 6, 2005.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    The amended petition for writ of habeas corpus (doc. 6), challenging the conviction and sentence in the case of _State of Florida v. Paul Sinkfield_, in the Circuit Court of Escambia County, Florida, case no. 98-2297, is DENIED, and the clerk is directed to close the file.

    DONE AND ORDERED this 26th day of January, 2006.

                                      _s/ M. Casey Rodgers_
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**